UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS COBIAN, | Case No. EDCV 06-1079 AHM(JC) |
| Petitioner, | JUDGMENT |
| v. | |
| P.L. VASQUEZ, Warden, | |
| Respondent. | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: May 17, 2010

_____
HONORABLE A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

**JS-6**